[No. 39554-8-I.    Division One.    November 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KIEL S. WINSLOW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-04662-2, Bobbe J. Bridge, J., entered November 6, 1996. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Agid and Cox, JJ.

[Nos. 37701-9-I; 37831-7-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE R. WILLIAMS, *Appellant*.

*In the Matter of the Personal Restraint of* DALE R. WILLIAMS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 86-1-02410-3, Ricardo S. Martinez, J., entered August 29, 1995, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished per curiam opinion.

[No. 38348-5-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. AUGUST REKAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03287-3, Ricardo S. Martinez, J., entered February 26, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38477-5-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN GLENDENNING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04723-4, James A. Noe, J., entered April 1, 1996. *Affirmed* by unpublished per curiam opinion.